# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERYL POMPONIO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>B & B PIZZA, INC., et al.,<br><br>　　　　　Defendants. | Case No. 19-cv-04186-TSH<br><br>**ORDER TO SHOW CAUSE** |

Pursuant to the Scheduling Order for Cases Asserting Denial of Right of Access Under Americans with Disabilities Act, the deadline for Plaintiff Meryl Pomponio to file a notice of need for mediation was December 13, 2019.  However, as there is no indication any of the defendants have been served or that a joint site inspection has taken place, the Court ordered Pomponio to file a status report by December 30, 2019.  Pomponio failed to respond.  Accordingly, the Court **ORDERS** Plaintiff Meryl Pomponio to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines.  Pomponio shall file a declaration by January 16, 2020.  If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on January 30, 2020 at 10:00 a.m. in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.  <u>Notice is hereby provided that failure to file a written response will be deemed an admission that Pomponio does not intend to prosecute, and the case will be dismissed without prejudice.</u>  Thus, it is imperative the Court receive a written response by the deadline above.

　　**IT IS SO ORDERED.**

Dated: January 6, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　THOMAS S. HIXSON
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge